UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION
Case No. 09-14102-CIV-GRAHAM

JAMES EDWARD JONES,

    Plaintiff,

vs.

LASHONDA HARRIS,

    Defendant.
_____/

## ORDER

**THIS CAUSE** comes before the Court upon Plaintiff's complaint under the Civil Rights Act, 42 U.S.C. § 1983 [D.E. 1].

**THE MATTER** was referred to the Honorable United States Magistrate Judge Patrick A. White pursuant to 28 U.S.C. § 636 and the Magistrate Rules for the Southern District of Florida [D.E. 2]. Judge White issued a Preliminary Report and Recommendation [D.E. 7] recommending that this action proceed against the individual defendant Harris in her individual capacity on a claim of denial of rights under the First Amendment (the "Preliminary Report"). [See D.E. 7.] There were no objections to the Preliminary Report.

Thereafter, Defendant Harris filed a motion to dismiss [D.E. 13]. The Magistrate Judge issued a second Report and Recommendation [D.E. 18] (the "Second Report") recommending that the motion to dismiss be granted, in part, and denied, in part.

Plaintiff filed objections [D.E. 19].

**THE COURT** has conducted an independent review of the record and is otherwise fully advised in the premises. Plaintiff's objections to the Second Report are without merit. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that the Magistrate Judge's Report [D.E. 7] is **AFFIRMED, ADOPTED AND RATIFIED** in its entirety. It is further

**ORDERED AND ADJUDGED** that the Magistrate Judge's Report [D.E. 18] is **AFFIRMED, ADOPTED AND RATIFIED** in its entirety. It is further

**ORDERED AND ADJUDGED** that the Defendant's Motion to Dismiss [D.E. 13] is **GRANTED, IN PART AND DENIED, IN PART**. Consistent with the Magistrate Judge's recommendation, the claim of retaliation concerning February 4, 2009 is **DISMISSED**. It is further

**ORDERED AND ADJUDGED** that Plaintiff's Request that Defendant's Motion to Dismiss be Denied [D.E. 14] is **DENIED** consistent with the Second Report [D.E. 18]. It is further

**ORDERED AND ADJUDGED** that the Addendum for Request for Damages [D.E. 15] is incorporated into the complaint. It is further

**ORDERED AND ADJUDGED** that the case may proceed only on the claim of unconstitutional retaliation on March 19, 2009, against Defendant Harris in her individual capacity for nominal damages.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 31st day of August, 2009.

DONALD L. GRAHAM
UNITED STATES DISTRICT JUDGE

cc: U.S. Magistrate Judge Patrick A. White
James Edward Jones, Pro Se