UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**CLOSED CIVIL CASE**

Case No. 09-14102-CIV-GRAHAM/WHITE

JAMES EDWARD JONES

    Plaintiff,

vs.

LASHONDA HARRIS,

    Defendant.
_____/

## ORDER

**THIS CAUSE** comes before the Court upon Defendant Harris' Motion for Summary Judgment [D.E. 22]; Plaintiff's Motion for Summary Judgment [D.E. 27] and Plaintiff's Motion Requesting Premature Motion for Summary Judgment be Denied [D.E. 28].

The matter was referred to the Honorable United States Magistrate Judge Patrick A. White by Clerk's Order [D.E. 5]. The Magistrate Judge issued a Report recommending that Defendant's Motion for Summary Judgment be granted and that Plaintiff's Motion for Summary Judgment be Denied. Plaintiff has failed to timely object to the report.

**THE COURT** has conducted an independent review of the record and is otherwise fully advised in the premises. Based thereon, it is hereby

**ORDERED AND ADJUDGED** that the Magistrate Judge's Report and Recommendation [D.E. 34] is **AFFIRMED, ADOPTED AND RATIFIED** in its entirety. It is further

**ORDERED AND ADJUDGED** that Defendant's Motion for Summary Judgment [D.E. 22] is **GRANTED**. It is further

**ORDERED AND ADJUDGED** that Plaintiff's Motion for Summary Judgment [D.E. 27] is **DENIED**. It is further

**ORDERED AND ADJUDGED** that Plaintiff's Motion Requesting Premature Motion for Summary Judgment be Denied [D.E. 28] is **DENIED**. It is further

**ORDERED AND ADJUDGED** that this case is **CLOSED** and all pending motions are **DENIED as MOOT**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 23rd day of February, 2010.

DONALD L. GRAHAM
UNITED STATES DISTRICT JUDGE

cc: U.S. Magistrate Judge White
    Counsel of Record
    James Edward Jones, Pro Se
    No. 605121
    Martin Correctional Institution
    1150 SW Allapattah Road
    Indiantown, FL 34956-5397